IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| **MOHAMMAD HASSA MOHESENIAN,**<br><br>Plaintiff,<br><br>v.<br><br>**CYNTHIA BOITEAU, CLIFTON SANDERS, NADER MOHAMMAD SAFAI, HOLLY J. MOORE, LEE BRINTON, and FRANCIS AFGHAN,**<br><br>Defendants. | **ORDER AFFIRMING<br>REPORT & RECOMMENDATION**<br><br>Case No. 2:12CV401DAK<br><br>Judge Dale A. Kimball |

This case was assigned to United States District Court Judge Dale A. Kimball, who then referred it to United States Magistrate Judge Paul Warner under 28 U.S.C. § 636(b)(1)(B). On January 11, 2011, Magistrate Judge Warner issued a Report and Recommendation, recommending that the court deny Plaintiff's motion to deny sanctions, deny Plaintiff's motion to stay, revoke the $1000 sanction previously imposed against Plaintiff, and dismiss this action with prejudice based on Plaintiff's repeated misconduct and failure to obey the court's order.

The Report and Recommendation notified the parties that any objection to the Report and Recommendation was required to be filed within fourteen days of receiving it. As of the date of this Order, which is well past the time for filing objections, the court has not received any objections to the Report and Recommendation.

The court has reviewed the case *de novo* and agrees with the analysis of the Report and

Recommendation in its entirety.  The court, therefore, adopts the Report and Recommendation as the Order of the court.  Accordingly, Plaintiff's motion to deny sanctions is DENIED, Plaintiff's motion to stay is DENIED, the $1000 sanction previously imposed against Plaintiff is REVOKED, and this action is DISMISSED WITH PREJUDICE  based on Plaintiff's repeated misconduct and failure to obey the court's prior order.

DATED this 8th day of February, 2013.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge